FILED: January 28, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1730
(1:19-mj-02155-TCB-1)
_____

In re: SEARCH WARRANT ISSUED JUNE 13, 2019
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

UNDER SEAL

      Defendant - Appellant

_____

O R D E R
_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Chief Judge Gregory, Judge King, and Judge Rushing.

For the Court

/s/ Patricia S. Connor, Clerk